■ JULIUS RESNICK v. MAX BITTLEMAN.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ. [See *ante,* p. 771.]

■ SARAH KELLY et al., v. VANIA CAB CORP. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See *ante,* p. 803.]

■ VALERIE HOFFMAN et al. v. NATIONAL TRANSPORTATION Co. INC. et al. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See *Hoffman* v. *Lehman,* 286 App. Div. 487.]

■ PAUL KIMBAR, an Infant, by HARRY KIMBAR, His Guardian ad Litem, et al., v. ISIDORE ESTIS et al., Individually and as Copartners Doing Business as CAMP STAR CREST.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ. [See *ante,* p. 151.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS BURGOS.— Motion for reargument denied. Concur — Peck, P. J., Botein, Cox, Frank and Bergan, JJ. [See *ante,* p. 767.]

■ LOIS K. SCHUBERT v. BERNARD L. SCHUBERT.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ. [See *ante,* p. 769.]

■ BLANCHE C. LETERMAN, Respondent, v. HERBERT I. GLASS, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to an application for leave to open default. No opinion. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

■ ANTHONY CAPRA v. NEW YORK & CUBA MAIL S. S. Co.— Application denied, with $10 costs and stay vacated. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.